8674.  MELSON v. HIGHTOWER MERCANTILE COMPANY.

BLOODWORTH, J.  The special grounds of the motion for a new trial are
without merit; there is evidence to support the verdict, and the judg-
ment is          *Affirmed.  Broyles, P. J., and Jenkins, J., concur.*
                    DECIDED SEPTEMBER 19, 1917.

Mortgage foreclosure; from Heard superior court—Judge R. W.
Freeman.  December 26, 1916.

*D. B. Whitaker,* for plaintiff in error.  *W. C. Wright,* contra.

---

8713.  PETERSON v. McALLISTER, administratrix.

BROYLES, P. J.  1.  When considered in the light of the entire charge of
the court and of the facts of the case, the instructions complained of
contain no error.

2.  So much of the requested instructions as was legal and pertinent was
sufficiently covered by the charge of the court.

3.  The verdict was authorized by the evidence, and the court did not err
in overruling the motion for a new trial.
                    *Judgment affirmed.  Jenkins and Bloodworth, JJ., concur.*
                    DECIDED SEPTEMBER 19, 1917.

Complaint; from city court of Fort Gaines—Judge Turnip-
seed.  February 13, 1917.

*E. R. King, L. M. Rambo,* for plaintiff in error.

*Zach. Arnold, A. L. Miller,* contra.

---

8838.  JONES v. THE STATE.

LUKE, J.  It appearing, from the evidence, that in a cellar underneath the
the trial judge, after hearing evidence on the ground of the motion
for a new trial in which the competency of a juror was challenged on
account of alleged newly discovered facts tending to show bias, did
not err in overruling that ground, as well as the other grounds of the
motion.  *Redfearn* v. *Thompson,* 10 *Ga. App.* 550 (4) (73 S. E. 949).
                    *Judgment affirmed.  Wade, C. J., and George, J., concur.*
                    DECIDED SEPTEMBER 24, 1917.

Accusation of keeping lewd house; from city court of Dublin—
Judge Flynt.  April 19, 1917.

*J. E. Burch, T. W. Evans,* for plaintiff in error.

*S. P. New, solicitor,* contra.